```
McGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
BRIAN A. FOGERTY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

**FILED**

JUL 2 5 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUCIOUS JAMES ROY,<br>DAWNIEL SANTANGELO,<br><br>Defendants. | CASE NO. 2:19-CR-0125 GEB<br><br>18 U.S.C. § 1591(a)(1), (b)(2) – Sex Trafficking of a Child (2 Counts); 18 U.S.C. § 1594(d) – Criminal Forfeiture |

INDICTMENT

COUNT ONE: [18 U.S.C. § 1591(a)(1), (b)(2) – Sex Trafficking of a Child]

The Grand Jury charges: T H A T

LUCIOUS JAMES ROY,

defendant herein, between in or around September 2018, and continuing through in or around November 2018, in San Joaquin County, State and Eastern District of California, and elsewhere, in and affecting interstate commerce, knowing and, except as to the act of advertising, in reckless disregard of the fact that Minor A, a person known to the Grand Jury, had not attained the age of 18 years, and after having reasonable opportunity to observe Minor A, did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, and maintain by any means Minor A, knowing that Minor A would be caused to

///

engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a)(1) and (b)(2).

COUNT TWO: [18 U.S.C. § 1591(a)(1), (b)(1) – Sex Trafficking of a Child]

The Grand Jury further charges: T H A T

LUCIOUS JAMES ROY and
DAWNIEL SANTANGELO,

defendants herein, between in or around September 2018, and continuing through in or around November 2018, in San Joaquin County, State and Eastern District of California, and elsewhere, in and affecting interstate commerce, knowing and, except as to the act of advertising, in reckless disregard of the fact that Minor B, a person known to the Grand Jury, had not attained the age of 18 years, and after having reasonable opportunity to observe Minor B, did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, and maintain by any means Minor B, knowing that Minor B would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a)(1) and (b)(2).

FORFEITURE ALLEGATION: [18 U.S.C. § 1594(d) – Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts One and Two of this Indictment, defendants LUCIOUS JAMES ROY and DAWNIEL SANTANGELO shall forfeit to the United States pursuant to 18 U.S.C. § 1594(d), any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of any such violations, and any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of such violations.

2. If any property subject to forfeiture as a result of the offenses alleged in Counts One and Two of this Indictment, for which defendants are convicted:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

///

    e.  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendants, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ **Signature on file w/AUSA**
FOREPERSON

*[signature]*

McGREGOR W. SCOTT
United States Attorney

INDICTMENT

3

No. 2:19-CR-0125 GEB

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

### THE UNITED STATES OF AMERICA
vs.

### LUCIOUS JAMES ROY,
### DAWNIEL SANTANGELO

## I N D I C T M E N T

**VIOLATION(S):**
18 U.S.C. §§ 1591(a)(1), (b)(2) – Sex Trafficking of a Child (2 Counts);
18 U.S.C. § 1594(d) – Criminal Forfeiture

*A true bill,*

/s/ Signature on file w/AUSA

_____
Foreman.

Filed in open court this ___25th___ day of ___July___, A.D. 20 _19_

_____
Clerk

Bail, $ _____

**NO BAIL WARRANT**

C/o/o all defendants

GPO 863 525

2:19 - CR - 0125 GEB

## United States v. Lucious James Roy and Dawniel Santangelo
### Penalties for Indictment

### COUNTS 1 and 2:

VIOLATION:       18 U.S.C. § 1591(a)(1), (b)(2) – Sex Trafficking of a Child

PENALTIES:       Mandatory minimum of 10 years in prison and a maximum of up to life in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 and $5,000 (mandatory on each count for non-indigent person, 18 U.S.C. § 3014(a)(4))

### FORFEITURE ALLEGATION:

VIOLATION:       18 U.S.C. § 1594(d) – Criminal Forfeiture

PENALTIES:       As stated in the charging document