McGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
BRIAN A. FOGERTY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

JUL 2 5 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0125 GEB |
| Plaintiff, | PETITION TO SEAL INDICTMENT |
| v. | |
| LUCIOUS JAMES ROY, DAWNIEL SANTANGELO, | |
| Defendants. | |

TO THE HONORABLE DEBORAH L. BARNES, UNITED STATES MAGISTRATE JUDGE:

COMES NOW Cameron L. Desmond and Brian A. Fogerty, Assistant United States Attorneys for the Eastern District of California, to petition this Court and respectfully represent:

1. I have presented to the Grand Jury now in session in the City of Sacramento, California, one proposed indictment charging the above-named defendants with violations of Title 18, United States Code, Sections 1591(a)(1), (b)(2) and Title 18, United States Code, Section 1594(d).

2. The indictment has been returned by the Grand Jury to this Honorable Court.

3. The investigating agent believes that the above-named defendants pose a flight risk and could jeopardize the investigation if the charges are made public before the arrest are effected.

///

///

PETITION TO SEAL INDICTMENT

1 THEREFORE, your petitioner prays that the aforesaid indictment, this Petition, and the Order to
2 Seal be sealed pursuant to Rule 6(e)(4) of the Federal Rules of Criminal Procedure the defendants have
3 been arrested or until further order of this Court.

4 Dated: July 25, 2019

McGREGOR W. SCOTT
United States Attorney

By: _____
CAMERON L. DESMOND
BRIAN A. FOGERTY
Assistant United States Attorneys

PETITION TO SEAL INDICTMENT