McGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
BRIAN A. FOGERTY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

JUL 2 5 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUCIOUS JAMES ROY,<br>DAWNIEL SANTANGELO,<br><br>Defendants. | CASE NO. 2:19-CR-0125 GEB<br><br>ORDER TO SEAL |

The Court hereby orders that the Indictment, the Petition of Assistant United States Attorneys CAMERON L. DESMOND and BRIAN A. FOGERTY to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of both defendants or until further order of the Court.

Dated: 7-25-19

_____
DEBORAH L. BARNES
United States Magistrate Judge

TYPE PLEADING NAME

i