IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUCIOUS JAMES ROY ET AL<br><br>Defendant. | CR NO: 2:19-CR-0125 GEB |

**FILED**
JUL 26 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum    ☐ Ad Testificandum

Name of Detainee: LUCIOUS JAMES ROY
Detained at: Jackson County Jail
Detainee is:
a.) ☒ charged in this district by: ☒ Indictment  ☐ Information  ☐ Complaint
    charging detainee with: 18 U.S.C. § 1591 – Sex Trafficking of a Child
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges.

**SEALED**

*Appearance is necessary [FORTHWITH] in the Eastern District of California.*

Signature: _____
Printed Name & Phone No:    Assistant United States Attorney
                            Cameron L. Desmond
                            916-554-2700
Attorney of Record for:     United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, [FORTHWITH], and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 7-26-19

Honorable Deborah Barnes
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | SO# 00142716 | DOB: | |
| Facility Address: | 787 W. 8th St., Medford, OR 97501 | Race: | |
| Facility Phone: | 541-774-6800 | FBI#: | |
| Currently | Jackson County Jail | | |

## RETURN OF SERVICE

Executed on: _____  _____
                                  (signature)