1  HEATHER E. WILLIAMS, SBN #122664
   Federal Defender
2  JEROME PRICE, SBN # 282400
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Telephone: (916) 498-5700
5  Fax: (916) 498-5710

6  Attorneys for Defendant
   LUCIOUS JAMES ROY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-cr-00125-KJM-1 |
|---|---|
| Plaintiff, | ) **ORDER AUTHORIZING PROBATION TO** |
| vs. | ) **DISCLOSE RECORDS TO DEFENDANT** |
| LUCIOUS JAMES ROY, | ) Judge: Hon. Kimberly J. Mueller |
| Defendant. | ) |

The Court has received and considered Defendant's motion for disclosure of probation records pertaining to his presentence investigation and report. ECF No. 52. The Court hereby GRANTS Defendant's motion and authorizes probation to disclose the following records to his attorney:

1) Child Protective Services (CPS) records.

IT IS SO ORDERED.

DATED: March 4, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

-1-