IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUSCIOUS JAMES ROY<br><br>Defendant. | Case №: 2:19-cr-00125-KJM<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

The Federal Defender was appointed to consult with this client on a post-conviction motion. The Federal Defender has a conflict so is proposing a CJA Panel attorney take over. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Toni White is appointed to represent the above defendant in this case effective *nunc pro tunc* to May 27, 2025.

This appointment shall remain in effect until further order of this court.

DATED: May 29, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE