TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1068
Placerville, CA  95667
Telephone:  (530) 885-6244

Attorney for Defendant
LUSCIOUS JAMES ROY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00125 DAD |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE HEARING ON MOTION TO WITHDRAW; ORDER** |
| v. | |
| LUSCIOUS JAMES ROY, | |
| Defendant | |

Defendant LUSCIOUS JAMES ROY, by and through his counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney CAMERON DESMOND, hereby stipulate as follows:

1.     By previous order, this matter was transferred from Judge Mueller's court calendar to this Court's calendar due to Judge Mueller's retirement.

2.     Defense counsel has determined that there are not sufficient grounds that would allow counsel to file any post-conviction motions.  As such, there is currently a Motion to Withdraw as counsel pending as such motion was requested by Judge Mueller prior to her retirement. Counsel is still in the process of completing attorney-client advisement with Mr. Roy, however. Counsel requests a continuance to allow her to complete the attorney-client advisement, and close representation, prior to the hearing on the Motion to Withdraw.

3.     Counsel requests that the Court continue this matter to February 23, 2026, at 9:30 a.m. to allow for the completion of representation.

1

4.      The Government has no objection to the continuance.

IT IS SO STIPULATED.

Dated:  January 16, 2026              ERIC GRANT
                                      United States Attorney

                              By:     */s/ Justin Lee*
                                      CAMERON DESMOND
                                      Assistant U.S. Attorney

                                      For the United States


Dated:  January 16, 2026              By:     */s/ Toni White*
                                      TONI WHITE
                                      For Defendant
                                      Luscious James Roy


## O R D E R


IT IS SO ORDERED.

Dated:   **January 16, 2026**         _____
                                      DALE A. DROZD
                                      UNITED STATES DISTRICT JUDGE

2