TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1068
Placerville, CA 95667
Telephone: (530) 885-6244

Attorney for Defendant
LUSCIOUS JAMES ROY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>LUSCIOUS JAMES ROY,<br><br>                    Defendant | CASE NO. 2:19-CR-00125 DAD<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION TO WITHDRAW; ORDER** |

Defendant LUSCIOUS JAMES ROY, by and through his counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney CAMERON DESMOND, hereby stipulate as follows:

1.    By previous order, this matter was transferred from Judge Mueller's court calendar to this Court's calendar due to Judge Mueller's retirement.

2.    Defense counsel has determined that there are not sufficient grounds that would allow counsel to file any post-conviction motions. As such, there is currently a Motion to Withdraw as counsel pending as such motion was requested by Judge Mueller prior to her retirement. Counsel is still in the process of completing attorney-client advisement with Mr. Roy, however. Counsel requests a continuance to allow her to complete the attorney-client advisement, and close representation, prior to the hearing on the Motion to Withdraw. Counsel was last able to communicate with Mr. Roy via legal call on February 6, 2026, but the call was interrupted due to a

1

lockdown issue at the prison. Significant call time was completed but more is needed to address Mr. Roy's questions and concerns. Another call is being scheduled.

3.    Counsel requests that the Court continue this matter to March 16, 2026, at 9:30 a.m. to allow for the completion of representation.

4.    The Government has no objection to the continuance.

IT IS SO STIPULATED.

Dated:  February 17, 2026          ERIC GRANT
                                   United States Attorney

                             By:   */s/ Cameron Desmond*
                                   CAMERON DESMOND
                                   Assistant U.S. Attorney

                                   For the United States

Dated:  February 17, 2026    By:   */s/ Toni White*
                                   TONI WHITE
                                   For Defendant
                                   Luscious James Roy

**O R D E R**

IT IS SO ORDERED.

Dated:  **February 18, 2026**      _____
                                   DALE A. DROZD
                                   UNITED STATES DISTRICT JUDGE

2