TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1068
Placerville, CA. 95667
(530) 885-6244

Attorney for Defendant
LUSCIOUS JAMES ROY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Luscious James Roy

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 2:19-CR-00125 DAD

**REQUEST TO RESCIND DEFENSE COUNSEL'S MOTION TO WITHDRAW; ORDER**

The undersigned was appointed for Mr. Roy for the limited purpose of determining whether there were grounds for consultation and potential post-conviction relief. (ECF No. 199; Fed. R. Crim. P. 44). Counsel has determined that there are not sufficient grounds that would allow counsel to file any motions. However, Mr. Roy is still benefitting from consultation with counsel as sentencing and confinement issues are being explained. When this matter was pending before Judge Mueller, she requested that counsel move to withdraw if no motions were going to be filed. It was understood that Judge Mueller was attempting to avoid having to transfer this matter to another Court after her departure. As such, counsel moved to withdraw from this limited representation. Since that time, it has become apparent, given the amount of consultation

1

that Mr. Roy needs to explain issues related to his sentencing and confinement, that it would be advantageous to have counsel continue representing him. As such, defense counsel requests that the Court find that there are no grounds for a motion to withdraw from representation at this time, allow counsel to rescind the motion to withdraw and drop the matter from calendar.

Dated: March 12, 2026

By: /s/  Toni White
TONI WHITE
Attorney for Defendant,
Luscious James Roy

## **O R D E R**

Good cause appearing, defense counsel's motion to withdraw as counsel of record (Doc. No. 207) is withdrawn and terminated.  The hearing scheduled for March 16, 2026 is vacated. Defense counsel will advise the court when the appointment order may be terminated.

IT IS SO ORDERED.

Dated:   **March 13, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2